IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marie Assa'ad-Faltas, MD, MPH, for herself and *qui tam* and *Ex Rel* the Government of the Arab Republic of Eygpt (Egypt), and as founder and first member of Doctors Against Drunk Drivers ("DADD"); Orthodox Christians Against Executions ("OCAE"); Sojourners Against Xenophobia ("SAX"); Immigrants Against Dishonest Judges ("IADJ"); Pacifists Against Random Killings (PARK) and Sensible People Against Mindless Incarcerations ("SPAMI"), <br><br> Plaintiff, <br><br> vs. <br><br> State of South Carolina (SC); Nimrata R. Haley as SC's Governor, Alan Wilson, as SC's Attorney General; Glenn McConnel, as SC's Lieutenant Governor; John Courson, as President *pro tempore* of SC's Senate; SC's General Assembly; SCs Judicial Merit Selection Commission (JMSC); Jean Toal, as administrative head of all SC's state courts; Daniel Shearouse, as Clerk of SC's Supreme Court; Tanya Gee and V. Claire Allen, as Clerk and Deputy Clerk of SC's Court of Appeals; Mark Keel, as Chief of SC's State Law Enforcement Division (SLED); LeRoy Smith, as Head of SC's Department of Public Safety; Leon Lott, as Sheriff of Richland County SC, and Warden of the Alvin S. Glenn Detention Center (ASGDC); Gafford Thomas Cooper, Jr., as SC's Fifth Judicial Circuit's Administrative Judge for General Sessions; Daniel Johnson, as SC's Fifth Judicial Circuit's Solicitor; Gary Watts, as Coroner for Richland County, SC; Jeanette McBride as Richland County's Clerk of Court; Leslie Coggiola, as SC's Disciplinary Counsel; Roslynn Frierson, as Director of SC's Office of Court Administration; William Nettles, as U.S. Attorney for the District of South Carolina (D.S.C.); Steven Benjamin, as Mayor and all members | C/A No. 3:12-1786-TLW-SVH <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> ORDER |

| | |
|---|---|
| of the City of Columbia ("the City") Council; Steve Gantt, manager for the City; Dana Turner, falsely bearing a title of Chief Administrative Judge of the City's Municipal Court (CMC); Randy Scott, falsely bearing a title of the City's Chief of Police; Marion Hanna, falsely bearing the title of CMC judge; Ken Gaines, Robert G. Cooper, Dana M. Thye, and David A. Fernandez, supposed attorneys for the City; and all of their subordinates who intend to injure Plaintiff; all solely officially and solely for injunctive and *qui tam* recovery, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

This is a *qui tam* action, filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. The case was filed under seal, as required by 31 U.S.C. § 3730(b)(2). The pleadings were served upon the United States Attorney for the District of South Carolina on August 8, 2012, and upon the Attorney General of the United States on August 15, 2012. [Entry #21, #28]. The sixty-day period for the United States to intervene expired on October 15, 2012.

Plaintiff has filed two motions to unseal this case. [Entry #14, #33]. Plaintiff's July 2, 2012 motion also seeks appointment of a judge or three-judge panel from outside of South Carolina to hearing this case. [Entry #14]. This portion of Plaintiff's motion has been recommended for dismissal in a separately docketed Report and Recommendation. Plaintiff's October 16, 2012 motion also seeks an "immediate hearing" before a judge "from outside South Carolina." [Entry #33]. To the extent Plaintiff's motions asks the court to unseal this case, her motions are **granted**. The remainder of Plaintiff's October 16, 2012 motion [Entry #33] is denied as duplicative.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process on the defendants. The Clerk of Court is further directed to unseal the complaint and lift the seal from the docket as to all other matters occurring in this action.

**TO PLAINTIFF:**

Plaintiff must place the civil action number listed above (C/A No. 3:12-1786-TLW-SVH) on any document provided to the court pursuant to this order. **Any future filings in this case must be sent to the address below (901 Richland Street, Columbia, South Carolina 29201).** All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a *pro se* litigant. Plaintiff's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.** Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

*[Signature: Shiva V. Hodges]*

November 14, 2012                                Shiva V. Hodges
Columbia, South Carolina                United States Magistrate Judge